INTEGRATED CLAIMS SYSTEMS, LLC, Appellant

v.

TRAVELERS LLOYDS OF TEXAS INSURANCE COMPANY, The Travelers Indemnity Company, Appellees

2016-2163
2016-2164

United States Court of Appeals, Federal Circuit.

April 11, 2017

JOHN F. WARD, Kelley Drye & Warren, LLP, New York, NY, argued for appellant. Also represented by DAVID LINDENBAUM.

ROBERT L. BURNS, II, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Reston, VA, argued for appellees. Also represented by JOSHUA GOLDBERG, Washington, DC; JUSTIN A. HENDRIX, Palo Alto, CA.

(Dyk, Moore, and Reyna, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.